**E-FILED**
Tuesday, 22 January, 2008 02:55:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# FILED

JAN 2 2 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

---

DANIEL ESCOBEDO

---

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: **08-2017**
(To be supplied by the Clerk of this Court)

MARY MILLER (Health Care

Administrator)

Doctor Bashi Ameji
Doctor AMEGI (Health Care

Director)  Both defendant's

employed at Danville C.C.

(WARDEN) JOE LOFTOS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

x        COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION
         1983 U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION),
         TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    Plaintiff(s):

      A.    Name: ＿ ＿ r Daniel Escobedo ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

      B.    List all aliases: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

      C.    Prisoner identification number: ＿ N43563 ＿＿＿＿＿＿＿＿＿＿

      D.    Place of present confinement: ＿Danville .C.C. ＿＿＿＿＿＿＿＿

      E.    Address: 3820 East Main St. Danville, Ill 61834 ＿＿＿＿＿

      (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases,
      I.D. number, and current address according to the above format on a separate sheet of
      paper.)

II.   Defendant(s):
      (In A below, place the full name of the first defendant in the first blank, his or her
      official position in the second blank, and his or her place of employment in the third
      blank. Space for two additional defendants is provided in B and C.)

      A.    Defendant: Mary Miller ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

            Title: Health Care Administrator ＿＿＿＿＿＿＿＿＿＿＿＿＿＿

            Place of Employment: Danville .C.C. ＿＿＿＿＿＿＿＿＿＿＿＿

      B.    Defendant: Doctor. Amegi   Doctor Bashi Ameji ＿＿＿＿＿

            Title: Health Care Director ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

            Place of Employment: Danville .C.C. ＿＿＿＿＿＿＿＿＿＿＿

      C.    Defendant: JOE LOFTOS ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

            Title: ＿ WARDEN ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

            Place of Employment: DANVILLE CORRECTIONAL CENTER ＿＿

      (If you have more than three defendants, then all additional defendants must be listed
      according to the above format on a separate sheet of paper.)

2

III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (x)  NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (x)  NO ( )

C.    If your answer is YES:

1.    What steps did you take?
I filed a grievance to my counselor assign to my

housing unit. )See Exhibit A)

2.    What was the result?
My counselor failed to address my grievance, so I

filed my grievance to the Grievance Officer.

3.    If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

The Grievance Officer denied it (see exhibit B)

I also sought to filed my grievance to the Administrative

Review Board, but I didn't diled it in the timeframe allowed.
(See Exhibit C)

D.    If your answer is NO, explain why not:

E.   Is the grievance procedure now completed?  YES ( x)  NO (  )

F.   If there is no grievance procedure in the institution, did you complain to authorities?  YES (x)  NO ( )

G.   If your answer is YES:

   1.   What steps did you take?

   Filed grievance to counselor asseigned to my housing

   unit. Filed grievance to grievance Officer. Also

   sought to filed to the Administrative Review Board.

   2.   What was the result?
   My counsel failed to address my grievance, filed my

   grievance to the grievance officer with was denied, When

   I sought to filed to Administrative Review Board but I

   didn't filed it in the timeframed allowed.

H.   If your answer is NO, explain why not:

**STATEMENT OF CLAIM:**

The plaintiff states that on April 6, 2007 he was taken
to the Medical Unit at Danville Correctional Center at about 8:30pm
or 8:45pm. Upon arriving there the plaintiff states  that he informed
the medical personel that he was having a stroke. But the medical
personel did not take him or his condition serious. The reason the
plaintiff knew that he was having a stroke on April 6, 2007, is
prior to April 6, 2007 he in fact had a serious stroke on
September 2, 1997. The plaintiff knew the signs of having a stroke.
On April 6, 2007 as the plaintiff stated he was taken to the medical
unit at Danville C.C.. Where he told the medical staff that he was
suffering a stroke, the medical staff told the plaintiff that since
his speech was normal with no slurring and had no facial distortions
he was fine. Even though he was losing mobility of his left arm and
left leg. As of today the plaintiff has suffered the loss of mobility
on his left side, which pertain to his left arm and left leg. Which
he has limited mobility of his left arm and left leg. Further he
states that on April 6, 2007 he was returned to his housing unit
under protest because he knew that he in fact had suffered a stroke.
The following day the plaintiff noticed that he had loss more
mobility of his left arm and left leg and he was taken back to the
medical unit on April 7, 2007; Where he informed the medical staff
that he had suffered a stroke inspite of what they may believe.
The medical staff could not explain to the plaintiff the reason
of the loss of mobility on his left-side; pertaining to his left

6

arm and left leg. The plaintiff asked if it was possible to take him
to a outside hospital to have a Cat-Scan to find out how severe
the stroke was. But the medical staff which included Doctor Bashi
Ameji the Health Care Director insisted that I didn't have a
stroke. On April 8, 2007 the plaintiff contends that no matter
what he said to the medical staff, that he had suffered a stroke;
They would not take the plaintiff serious that he did actually
had a stroke. After speaking to Doctor Bashi Ameji he did nothing
to help me, Dr.Bashi Ameji is the Medical Director who should have
done something to help the plaintiff. On April 9, 2007 the plaintiff
signed himself out of the medical unit, so that he could contact his
family and get some help from outside. He wanted the Medical Staff
to take his medical concerns serious and get the medical treatment
he needed for having a stroke. After filing a grievance to his
housing unit counselor, which the plaintiff put the wrong date on
it, due to his medical condition. The plaintiff put down April 12,
2007, when intended to put April 6, 2007. On April 17, 2007 the
plaintiff was called to the Health Care Unit by Dr.Bashi Ameji to
interview him. Doctor Bashi Ameji refused to order a Cat-Scan to
see how severe was the stroke. The plaintiff contends that he has
suffer permanent side damage due to Dr. Bashi Ameji who is the
Health Care Director. After seeing the plaintiff on April 17, 2007,
Doctor Bashi Ameji did nothing to assist the plaintiff with the
proper medical care he needed. Also the Health Care Administrator
Mary Miller at Danville C.C, the plaintiff had his wife called
Mary Miller to get the medical care her husband needed. Where

7

the plaintiff's wife asked Mary Miller could she provide her hus-
band ( The Plaintiff ) with the proper medical care he needed.
Mary Miller would not give the plaintiff's wife a positive
answer, saying the Medical staff was in charge of that. Dr. Bashi
Ameji and Mary Miller would not aid the plaintiff with the pro-
per medical care that he needed, Dr. Bashi Ameji and Mary Miller
had the medical duty to see that the plaintiff's medical needs
was taken care of. Till this day no one knows how severe the
plaintiff's stroke was, the plaintiff has loss mobility of his
left arm and left leg; Due to the neglect of the proper medical
treatment and care. The plaintiff filed a grievance to the
Grievance Officer where they denied it, the plaintiff attempted
to file a grievance to the Administrative Review Board. But due
to the plaintiff's medical condition at that time he was unable to
file his grievance in the timeframe allowed.

8

## VI.  **RELIEF**

Due to the neglect of the medical care and lack of med-
ical treatment not provided to the plaintiff. The plaintiff
ask this Honorable Court to award the plaintiff $5,000,000.00
due to the lack of medical care and medical treatment when
the plaintiff had a stroke.

I declare under penalty of perjury that
all facts given in the complaint are
true and correct.

Subscribed and signed before
me this 21st day of December,
2007.

*Elizabeth A Robson*

Notary Public

Sign this ___21___ day of _DEC_ , _2007_

s/s _Daniel Escaldedo_

I.D. N43563

3820 East Main Street
Danville.C.C.
Danville, Ill 61834

OFFICIAL SEAL
ELIZABETH A ROBSON
Notary Public State of Illinois
My Commission Expires 12/05/10

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Danville Correctional Center

Offender Information:

Escobedo     Daniel     ID#: N43563
Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/21/07 11A | IPN Note: O) EKG done et transmitted | P) MD to review & rules 37 |
| 4-4-07 9:45 | Psychologist note S) Just making it. The Trazodone is just not kicking in. I'm awake until 2:00, 3:00 before I go to sleep. O) A0x3. Mr. Escobedo's affect was varied; mood appeared euthymic. Speech was clear, and content was logical goal directed. Mr. Escobedo denied SI, HI, AH, or VH. Discussed referral | P) Confirm psychiatric evaluation. Psychologist follow up in month. [signature] Bountourelli 4/4/07 12:50pm |

Exhibit A A

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Danville Correctional _____ Center

Offender Information:

Last Name: Escobedo   First Name: Daniel   MI:   ID#: N43563

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/6/07 | RN Note | DP Ameji |
| 2130 | S) "I don't know. My (L) arm et leg have | P) To Dr Ameji |
| | been jumping & trembling off et on all day. | 1) Restart Trazadone |
| | I think my BP is up. My Trazadone order | 150 mg po ɡ HS |
| | | x1 month. |
| | expired a couple days ago so I think I'm | 2) Monitor BP ɡ 30 min |
| | starting to feel anxious again." | x2. |
| | O) Pt picked up from Recieving unit via | |
| | W.C. per Security request et transported | |
| | to MHU for evaluation. Having gross tremors | |
| | of (L) arm et leg. No facial drooping or | |
| | slurring of speech noted. VS 97⁵-106-18 | |
| | 213/90, SaO₂ 97%. Pt reports that | |
| | he had similer episode "a couple years ago" | |
| | when his BP got out of control. Above | |
| | related to Dr Ameji et orders received. | |
| | A) Alt in Health Maint. | |

Exhibit - B

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Danville Correctional__   Center

Offender Information:

Escobedo        Daniel                    ID#: N43563
Last Name           First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/6/07 | RN Note | |
| 2150 | S) "I'm feeling a bt better already." ✓ | P) Monitor |
| | O) Pt appears much more relaxed. No Arm | |
| | or leg tremors noted. BP 189/88. | |
| | A) Alt in Health Maint. | RN [signature] |
| 4/6/07 | RN Note | |
| 2210 | O) BP down to 142/60.  Escorted back | |
| | to H.U. ē incident. | [signature] |
| 4/7/07 | RN Note | |
| 1415 | O) IM picked up | |
| | in Receiving per WC ē c/o | |
| | weakness (to) QLE & shaking | |
| | to ® hand. IM brought | |
| | to H.C.U. & Evaluated :- | |
| | BP/ 190/72 - 90 - 18 97.1 - HR | |
| | Regular - lungs CTA - Hx: HTN | |
| | & Stroke (N) y/r c/o ē ① sided | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Danville Correctional</u>    Center

| Offender Information: | | |
|---|---|---|
| Escobedo | Daniel | ID#: N43563 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | 23° hold per M. Sollah Plans |
|---|---|---|
| 4/7/07 1415 | weakness. No c/o HA - visual Δ's - Chest pain. I/m stated weakness started p̄ missed 2 doses of Trazadone & came to H.C.U. last noc & was evaluated. I/m states has improved since yesterday. Patient situation discussed c̄ PA Mo Sollah Orders recieved. (L) grasp weaker & (L) plantar flexion weaker than (R) | P) Give Vistaril 50mg now ↑ Atendol to 25mg qd. 23° hold. VO - Mo Sollah / (nurse?) DR Mm (?) 4-11-? (nurse epr?) |
| 4/7/07 1435 | I/m placed in Room C. | |
| 4/7/07 1500 | √ Vistaril 50mg given now & Atenolol, 12.5 mg given. Pt. States he took his | |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Danville Correctional** _____ **Center**

Offender Information:

Escabedo          Daniel          ID#: N43563
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/7/07 1500 | a.m. dose of Atenolol 125mg & all other meds. | [signature] |
| 4/7/07 1700 | Im lying in bed. Hotel Villail. helped t leg new feel normal. BP ↓ 132/60. Mo Sallah PA informed. | [signature] |
| 4/7/07 2035 | No ∆ in previous. — RN NOTE | [signature] |
| 4/8/07 5Am | S) "Allright. I'm ready to go." O) T98, P71, R18, BP 40. Rested quietly. ∅ Complaints voiced. ∅ SOB, respiratory or acute distress noted. A) alt in health maint | P) monitor [signature] RN |
| | | |
| | | |

*Printed on Recycled Paper*

Exhibit - C

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Danville Correctional** _____ **Center**

| Offender Information: |
|---|
| Escobedo (Last Name)   Daniel (First Name)   MI   ID#: N 43563 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-8-07 1135am | RN Note | P· Continue to monitor· |
| | S: " I am ready to go back to receiving " | |
| | O· A+O ×3. Ambulates c̄ slight unsteady gait and has some tremors noted to (L) ↑ extremy | |
| | No respiratory distress noted· | |
| | Denies Headache or dizziness· | |
| | A·) alt in health maintenance | PKing R·N |
| | RA- NURSE | |
| 04/08/07 15:35 | S/ Pt. states that he feels fine and wants to go back to his unit. | P/C Will have Dr. Amesie Recvd. in pm |
| | O/ Gen. A&O×3, gait unsteady· lungs' clear· Heart' S1S2, ⊘ murmur· neuro: unsteady gait | |
| | A/ S/P CVA × [ ] yrs ago c̄ residuals on left sided weakness | noted (signature) RN |

Exhibit F

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Danville Correctional _____ Center

```
Offender Information:

Escobedo _____ _____ _____  ID#: _____
   Last Name              First Name      MI
```

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 4/9/07 | R N Note (out of sequence) | P) monitor |
| 830 AM | S) "Can I go, sign myself out" | |
| | O) Instructed I/m to wait for MD | |
| 10 Am | O) I/m s/R to leave "sign myself out" | |
| 1220 PM | O) I/m returned to H/U signed self out AMA refusal signed. | |
| | A) alt in health maint ─── L Jones R | |
| 4/17/07 | (psych MD) | |
| | O) seen, see IDOC 0282. | |
| | ↑ Trazodone 200 ↗ 9 PM) | |
| | RTC in 2 mnths. | |
| | [signature] | |

RECEIVED
AUG - 3 2007
OFFICE OF
INMATE ISSUES

Noted 4/17/07
[signature]

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Danville Correctional Center

Offender Information:

N43563

Last Name: Escobedo    First Name: Daniel    MI:    ID#: 4/17/67

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/17/07 8:30 1 m | MDN_ 7uy No medical male | HIV med are follow Vayetec 200 B12 |
| | No problem ash Blood pressure | |
| | No untradion problem | Menager Zero day |
| | Hols (Retarded | EC DGTA 320 day |
| | b_t had grip no ah say _alk on a limp | Atenial 25m day |
| | b_t side @ stroke | _ 4/18/07 |
| | I do not think | |

RECEIVED
AUG - 3 2007
OFFICE OF
INMATE ISSUES

he has several that Int___
hearing for _____ 4/18/07 ___ require a life

Distribution: Offender's Medical Record    Printed on Recycled Paper    DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Danville Correctional _____ Center

Offender Information:

Last Name: Escobedo    First Name: Daniel    MI: ___    ID#: N43563

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/17/07 3:30 pm | mr. [illegible] Every question I asked him he answers all | (1) Walking (2) no walked slow walking (2) pass |
| | No hearing deficit | (3) lower gallery |
| | He has left sided weakness / [illegible] medical nature [illegible] 2nd to stroke | (4) lower Bunk DR [illegible] |
| | Impartial [illegible] or walk a lot | |

Noted 4/17/07 [signature]

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Danville Correctional _____ Center

Offender Information:

ESCOBEDO Daniel     ID#: N43508

Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/17/07 | UPD NOTE | (P) follow up |
| 1435 | I/m on M.D. line d/t f/u | Huo Omalden |
| | To questional ble CVA | |
| 1440 | (O) VS: 97⁴-64-162/70-18 | Huo Omalden |
| | wt. 129 | |
| 4/17/07 8:15 am | MD Note  (S) 7oy old mexican mab – 5 – 4 +ew | |
| | at 129u          Len+ sid | |
| | 1st time stroke Sep 2nd 1990   stroh | |
| | Federal Prison Picken Illinois | |
| | ~~Seizes mad~~   Fortworth Texas  modial cut | |
| | Physical therapy  q man | |
| | 2001   Cook County  aut | |
| | 2) man s | |

High Blue blees pill
Chobiter] mas nx

Noted 4/17/07

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

RECEIVED
AUG - 3 2007
OFFICE OF INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Danville Correctional__ Center

Offender Information:

Last Name: _Escobedo_
First Name: _Daniel_
MI:
ID#: _N43563_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/17/07 3:20 PM | Every other MD Not asked prn HO attend well | |
| | 3 Hrs | |
| | statewille (4 years ec | |
| | get med | |
| | MF sterling 2½ yrs get med | |
| | HO hearing test | |
| | Danville Nov 2006 | |
| | Can to Danville | |
| | 6/ (urg) urn Hear? | |
| | Ⓛ left side stroke | |
| | HO feels OK (all right 4/17/07 | |
| | HOG | |

Printed on Recycled Paper

DOC 0084 (Ef
(Replaces

Noted
4/17/07

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**Danville Correctional** Center

| Offender Information: | | | |
|---|---|---|---|
| Escobedo | Daniel | | ID#: N43173 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-N-07 10³⁰/a | RN Note: ⊙ Here for request of medical records. Request taken to medical rends for pt | Janilyn |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECEIVED
AUG - 3 2007
OFFICE OF
INMATE ISSUES

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

Exhibit-L
2008-11-08 07:42AM DOC ... Page 21 of 28 Exhibit-R

**Mental Health Diagnostic and Treatment Note**

Offender Name: _Daniel Escobedo_    ID# _N 43563_

**Juvenile Facilities Only:**

Housing Unit: _____    Correctional Counselor: _____

Psychiatrist: _____    Psych Medication: _____

Mental Health Level: _____    Recommended Mental Health Level: _____

Reason for Referral:

[X] Initial Evaluation   [ ] Medication Review   [ ] Mental Health Level Change   [ ] Crisis Response

[ ] Group Note   [ ] 1:1 Note   [ ] Parole Clearance   [ ] Family Therapy   [X] Other _____

Subjective Data: _70 y/o Hispanic male, has been taking Prozac for depression. He states he is doing adequately, has some depression, sleep is good at times, denies SI/HI /AH/VH/ delusion. Apps, sly Pt is known to me from WCC._

Objective Data: _OA A x 3, calm, coop, mood depressed, affect constricted, ø SI/HI/ OAH/VH/ delusion noted. ø S I J Oda._

Assessment/Diagnosis:

AXIS I: _Depression NOS_

AXIS II: _Def___

AXIS III: _Hx of Stroke_

Summary and Treatment Plan: _↑ Trazodone to 200 mg PO q HS. S/E, Risks/Benefits are ___ he understand & agree to plan. RTC in 2 months._

_[signature]_    4/17/07    Supervisor Signature (If applicable)    4/17/07

Signature/Title    Date    Date

RECEIVED AUG - 3 2007 OFFICE OF INMATE ISSUES

Noted 4/17/07 _[signature]_

Distribution: Offender Medical File    Printed on Recycled Paper    DOC 0282 (Eff. 8/2005) (Replaces DCA 7157)

## Mental Health Treatment Plan

Date: _April 17, 2007_

Offender Name: _Escobedo_          ID# _N43563_

| Juvenile Facilities Only: |
| --- |
| Assignment Date: _____ Correctional Counselor: _____ |
| Housing Unit: _____ Psychiatrist: _____ |

Based on an evaluation of the above named offender, the following treatment plan has been developed:

**Type of Treatment (check all that apply):**

☒ Psychotropic Medication (Category/Classification Type) _Prozac_

☐ Individual Therapy (Therapist) _____

☐ Group Therapy (Therapist) _____

☐ Other _____ _____

Rationale for Treatment: _Depres_ _____

_____

Treatment Plan/Goals: _To Control depre S/p._ _____

_____

| _[signature]_ | _4/17/07_ | | _4/17/07_ |
| --- | --- | --- | --- |
| Signature/Title | Date | Supervisor's Signature | Date |

### Confidentiality Disclosure Statement

I understand there are limits to confidentiality within a correctional setting. I understand that the treating Mental Health Professional is required to disclose any information regarding: Suicidal, Homicidal, and Self Injurious Ideation; Unreported Child or Elder Abuse/Neglect; Safety and Security Issues; and may disclose information for the purposes of Multidisciplinary Team Consultation or Placement Issues.

I have been informed of how to access available emergency mental health staff if I have a crisis, including an urge to hurt myself or others.

I understand my treatment responsibilites include participating in the treatment program and alerting correctional staff to any problems or issues that may arise as the result of treatment. Treatment may include psychiatric evaluation and treatment, individual or group psychotherapy sessions, and sex offender and/or substance abuse evaluation and treatment. I agree to honor the confidentiality of other group members, if applicable.

### Consent to Treatment

I voluntarily **consent/accept** that I receive treatment provided by the above listed professionals and their designated assistants. My signature below constitutes formal acceptance of therapeutic services. I understand that this consent is voluntary and I may revoke my consent at any time. I also understand my right to grieve this plan at any time.

The nature and extent of the intended treatment and probable consequences of refusal have been explained to me.

| _Escobedo_ | AUG - 3 2007 _4-17-07_ | _DR [signature]_ | _4/17/07_ |
| --- | --- | --- | --- |
| Offender Signature | Date | Witness Signature | Date |

RECEIVED

Distribution: Offender Medical File                    DOC 0284 (Eff. 8/2005)

Exhibit - N

FILED APR 1 9 2007

## Danville Correctional Center
## MEDICAL PERMIT

**Offender Name:** Escobedo, Daniel            **Reg. No.:** N43563

**Housing Unit:** Rec 21

| | |
|---|---|
| ☒ **New Order**<br>☐ **Renewal** | ☐ **Change**<br>☐ **Cancel** |

| Reason | | |
|---|---|---|
| ☒ Low Bunk   ☐ Medical | ☐ State Boots |
| ☒ Low Gallery   ☐ ADA | ☐ Special Shoes:_____ |
| ☐ Cane   ☐ Orthopedic | ☐ Contacts |
| ☐ Crutches   ☐ Other: | ☐ Fan |
| ☐ Walker | ☐ C-PAP Machine |
| ☒ Slow Walk | ☐ No Gym/Yard |
| ☐ Hearing Aid (s) | ☐ Medical Lay-in |
| ☐ Other ADA:_____ | ☐ Other: _____ |

**Start Date:** 4/7/07          **Expiration Date:** 10/17/07

**Authorized By:**
**MD** _____ **Date:** 4/18/07
**PA** _____ **Date:** _____

**Reviewed:** _____ **Date:** 4/18/07
Healthcare Unit Administrator

**Distribution:** Inmate
Medical Records MB

☐ Clothing
☐ Personal Property
☐ Assignment Committee

RECEIVED
AUG - 3 2007
OFFICE OF
INMATE ISSUES

APR 1 9 REC'D

Exhibit- O

R-21

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Escobedo_ _Daniel_ _N43563_
            Last Name                First Name            MI            ID#

Facility: _DAN_

☒ Grievance (Local Grievance # (if applicable): _____) or ☐ Correspondence

Received: _8,3,07_     Regarding: _Medical 4/2/07_
            Date

The attached grievance or correspondence is being returned for the following reasons:

Additional information required:

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

Misdirected:

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

No further redress:

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ____/____/____.
                                                              Date

☐ No justification provided for additional consideration.

Other (specify): _O. D. Received 7/12/07_

Completed by: _Melody J. Ford_                    _Melody J. Ford_  _8,6,07_
                  Print Name                              Signature                Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

Daniel Escobedo N43563
3820 East Main Street
Danville, Illinois 61834


August 1st, 2007


Administrative Review Board
PO Box 19277
Sprinfield, illinois 62794-9277


Dear Sir/Ma'am:

Please enclosed find a copy of the grievance and the response from
Danville Officials (Randall Taylor) stating that my grievance was denied
because the proper procedures were ¯followed. When in fact it did not
happened that way because I was never treated properly nor given the
proper medical attention as it is required when one suffers a "Stroke."

In addition to the original grievance and the respond for the same,
please find an "Affidavit", and other medical records that substantiate
my allegations as articulated in my grievance and Affidavit enclosed.

I will await a responde to this inquiry. Thanking you in advance for
your time and consideration.




Sincerely,

Daniel Escobedo

RECEIVED

AUG - 3 2007

OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

N-21

| Date: JUNE 12, 2007 | Offender: (Please Print) ESCOBEDO | ID#: N43563 |
|---|---|---|

| Present Facility: DANVILLE C.C. | Facility where grievance issue occurred: DANVILLE C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: ON APRIL 12, 2007 I SUFFERED A STROKE, I WAS TAKEN TO HEALTH CARE IN A WHEELCHAIR AND SAT IN THE WAITING ROOM FOR 1/2 HOUR TO 45 MINS THEN I WAS ESCORTED BACK TO REC. THE NEXT DAY SATURDAY APRIL 13, 2007 I WAS ONCE AGAIN TAKEN TO HEALTH CARE, AND KEPT UNTIL MONDAY APRIL 15, 2007. WHILE THERE ON MONDAY I SEEN DR. AMEJI, AND TRIED TO TALK TO HIM, BUT HE ONLY YELLED AT ME FOR BEING OUT OF MY ROOM ON THE 17TH OF APRIL I WAS CALLED BY DR. AMEJI FOR INTERVIEW HE TOLD

Relief Requested: FULL MEDICAL EXAMINATION BY OUTSIDE FACILITY $250,000 COMPENSITORY DAMAGES REMOVAL OF DR. FOR MEL PRACTICE

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Escobedo | N43563 | 6, 12, 2007 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | ____/____/____ Date of Response |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: ____/____/____ | RECEIVED AUG - 3 2007 OFFICE INMATE ISSUES | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|---|

| Chief Administrative Officer's Signature | ____/____/____ Date |
|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

ME THAT THERE WAS NOTHING HE COULD DO, I
REQUESTED FOR HIM TO SEND ME TO AN OUTSIDE
HOSPITAL TO SEE THE DAMAGE IT DONE TO MY BRAIN
AND HE REFUSED. I HAVE LOST OF MOBILITY ON
MY LEFT SIDE (LEG & ARM) AND STEADY NUMBNESS
ON THAT SIDE. I AM JUST ABLE TO WALK BARELY
MY BALANCE IS POORLY

Exhibit-U



STATEVILLE

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**~~te~~ Received:** July 12, 2007   **Date of Review:** July 13, 2007   **Grievance #** (optional): 7dn07-50

**~~O~~ffender:** Daniel Escobedo   **ID#:** N-43563

**~~Na~~ture of Grievance:** Grievance Response: Staff Conduct/Medical Treatment -Grievant states that on 4/12/07 he suffered a stroke and was taken ~~to~~ H.C.U. where he waited for 30 minutes then was taken back to receiving. On 4/13 he again was taken to H.C.U. where he stayed until 4/15/07. ~~Gr~~ievant states that when he tried to talk to Dr. Ameji he was yelled at for being out of his room. Inmate requests "Full medical exam by outside ~~fac~~ility and $250.00 compensatory damages and removal of Dr for malpractice."

**~~Fa~~cts Reviewed:** Review: In response to inmate grievance, Mary Miller RNBS, HCUA states "inmate came over to health care on 4/6/07 with ~~tre~~mors stating he thought his blood pressure was up. Vital signs were taken and he was sent back to housing. He comes back on the 7th..vital signs ~~we~~re taken reveling no signs of a stroke. He was given medication for his blood pressure and to help with the tremors...On 4/9he was seen by Dr. ~~Am~~eji and the inmate wanted to sign AMA out of the infirmary. He was seen by MD on4/17/07 and medications for B/P and other medical ~~co~~nditions were ordered. The only other request from him was for a copy of his medical records. Dr Ameji will not send him out to a specialist ~~un~~less it is medically necessary."

**Recommendation:** Recommendation: After review of all available information, it is the recommendation of this Grievance Officer that this grievance be denied. Proper policies and procedures were followed.

Randall Taylor
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7/16/07   ☑ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

_____
Chief Administrative Officer's Signature

7/16/07
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

RECEIVED
AUG - 3 2007
OFFICE OF
INMATE ISSUES

_____
Offender's Signature

_____
ID#

_____
Date