AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**DANIEL ESCOBEDO,**
**Plaintiff,**

vs.                                                                                         Case Number:   **08-2017**

**MARY MILLER and DR. BASHIR AMEJI,**
**Defendants.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant Mary Miller and against the plaintiff Daniel Escobedo on April 6, 2010.

   **IT IS FURTHER ORDERED AND ADJUDGED** that the jury entered a verdict in favor of the defendant Dr. Bahsir Ameji and against the plaintiff Daniel Escobedo on April 7, 2010. "Plus costs of suit in the amount of $815.20."

ENTER this 27th day of May 2010.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK